**STATE of Missouri, Respondent,**

v.

**Kelly ERVIN, Appellant.**

**No. 47002.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 29, 1984.

Motion For Rehearing and/or Transfer to Supreme Court Denied
June 26, 1984.

Application to Transfer Denied
Oct. 9, 1984.

■

Robert J. Maurer, Asst. Public Defender, Clayton, for appellant.

John Ashcroft, Atty. Gen., David C. Mason, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Defendant appeals his conviction of robbery in the first degree. § 569.020, RSMo 1978. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).